To Be Filed

Christin Faulk
48 Pleasant Place
Kearny, NJ   07032
201-589-4862
christin12805@gmail.com

FILED
JEANNE A. NAUGHTON, CLERK
NOV 1 0 2025
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:  Edward Faulk          US Bankruptcy Court
                              Case number:  24-BK-21108

MOTION TO INTERVENE

PLEASE TAKE NOTICE that Christin Faulk will move before the US Bankruptcy Court for an Order to be allowed to Intervene in the above captioned case for the following reasons.

1. I am over the age of 18 however I am affected by the pending issues that will be handled in this case.
2. I am a dependent of my father because I am a full-time college student, living at home.
3. I have been participating in the businesses of my father for a long time, especially since I have received my driver's licence.  Also, I can provide original information about some of the issues that are relevant to this case.
4. I will provide copies of this filing to the parties in this bankruptcy and the Chapter 13 Trustee.

Certification:  I certify that the above statements are true to my knowledge or I shall suffer punishment.

Date:  11/10/2025    *Christin Faulk*  /s/Christin Faulk

Date: 11/10/2025

To:   Judge Sherwood
      US Bankruptcy Court

RE:  In Re: Edward Faulk, Debtor, 24-bk-21108

Dear Judge Sherwood,

Please accept this letter brief in lieu of a more formal brief in support of the Bankruptcy Motion that was filed by my Father, Edward Faulk.

I am filing a motion to intervene in this case because I have original information that I can provide to the court that is relevant to this case.  I am a full time student at the Bergen County Community College and I live with my father.  As a dependent of my father, I have experienced first-hand all of the things that have been discussed in this bankruptcy.  The court has allowed my Aunt Janette Faulk and the Estate of my Grandfather to speak openly in court and now I would like to provide our side of the story.

Right now, our home at 15 North Midland Ave will be foreclosed.  Dad received a Motion for Final Judgment from the Mortgage company. (attached as Exhibit 1).  If the state court grants this Motion we will lose our home.  Dad fought his siblings and the estate in the probate court to gain the right to his own home that he purchased, mortgaged and renovated for handicapped accessibility so that grandpa could live there.  When grandpa died in May of 2022, my Aunt Janette Faulk would not move out of the house so that we could live there.  We had no place to live.  We had been thrown out of our home on Schuyler Ave by the Estate and it would have been a great help if we could lived in our home at 15 North Midland Ave.  We could not because Aunt Jan and the Estate were fighting us and saying that we did not own the home—It really belonged to grandpa.  Finally in October 2024 the Court held that Dad owned the house.  However he was not given possession of the home until December 2024.  The Estate was supposed to pay rent for the time that they were there and turn it over to

whomever was found to be the owner of the home. That never happened. Now Dad owes a huge amount on the mortgage arrears and we are at risk of losing our house again.

My brother is 21, He moved out of his apartment and into the Midland house. He told dad that he would help with trying to keep the house. As a second borrower, maybe he can help dad with qualifications for mortgage assistance and a work-out plan. They can even jointly file for the help of a HUD mortgage counselor. My brother's motive for moving into the Midland house was so that he can help financially. If the house is foreclosed, he will be thrown out before he has any chance to help. My dad needs the protection of the bankruptcy court to allow him to work out a payment plan with the mortgage company. Dad worked on a new plan that shows changes and how he can work on resolving the mortgage debt. However, his bankruptcy attorney said that a new plan can't be filed because he isn't in bankruptcy right now, and he has to wait to see if the court will allow him back into his bankruptcy.

Without the bankruptcy court we will be thrown out again and it is all because of the negative comments by the Estate. Dad is working. Yes, it has been difficult without the use of the Meadows yard, but he has been able start up again doing his work. I know because from time to time he asks me to help by driving to pick up vehicles that he has purchased at auctions.

Our family needs a chance to succeed and we are depending on Dad. My brother, Harry and I will help in any way we can. However we need the help of the Courts to make that happen.

Sincerely,

*Christin Faulk*

Christin Faulk

**PLEASE CHARGE THE FILING FEE TO OUR ACCOUNT #142755**
**ATTORNEY CHARGE REFERENCE NO.: 007012001**

STEVEN K. EISENBERG, ESQUIRE (009221995)
DAVID M. LAMBROPOULOS, ESQUIRE (040322006)
SALVATORE CAROLLO, ESQUIRE (007012001)
LUCAS M. ANDERSON, ESQUIRE (014342011)
STEVEN P. KELLY, ESQUIRE (010032010)
JESSICA N. MANIS, ESQUIRE (114562014)
CHRISTIAN MILLER, ESQUIRE (347862021)
Stern & Eisenberg, PC
1120 Rt. 73
Suite 400
Mt. Laurel, NJ 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
**Attorneys for Plaintiff**
Our File No. NJ202300000268

| | |
|---|---|
| U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2017-2<br><br>Plaintiff,<br><br>v.<br><br>Edward H. Faulk; et al.<br><br>Defendants | SUPERIOR COURT OF NEW JERSEY<br>HUDSON COUNTY<br>CHANCERY DIVISION<br><br>DOCKET NO.: F-001878-21<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING SUMMARY JUDGMENT AND STRIKING DEFENDANT'S ANSWER** |

To:  Law Offices of Richard S. Mazawey
     Attn: Richard S. Mazawey, Esq.
     1135 Broad Street
     Suite 211
     Clifton, NJ 07013

     Attorneys for Defendant Edward H. Faulk

PLEASE TAKE NOTICE that on December 19, 2025, or as soon thereafter as counsel may be heard, the undersigned shall apply to the Hon. Mary K. Costello, P.J.Ch. or such other Chancery Division Judge as shall be hearing motions on that day at the Hudson County Superior Court, W.J. Brennan Courthouse, 2nd Floor, Jersey City, NJ 07306 for an Order granting summary judgment for the relief demanded in the Complaint and striking Defendant's Answer.

Exhibit 1  page 1a

PLEASE TAKE FURTHER NOTICE that in support of the motion, Plaintiff will rely upon the enclosed Brief and Certification attached hereto.

Pursuant to R. 1:6 2(d), the undersigned:

_____    requests oral argument.

_____    waives oral argument and consents to disposition on the papers.

__X__    waives oral argument unless timely opposition is properly filed.

                              STERN & EISENBERG, PC

                              */s/ Salvatore Carollo*
                              Salvatore Carollo, Esquire
                              Attorneys for Plaintiff

Dated: November 7, 2025

Exhibit 1 page 2a